RECEIVED
JAN 2 1 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TENNESSEE
_____ DIVISION

_____ Name )
Prison Id. No. _____ )
John B. Robinson Name )
Prison Id. No. _____ )
Plaintiff(s) )

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☒ Yes ☐ No

v.

Giles County Sheriff's Dept. Name )
_____ Name )
Defendant(s) )

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☒ Yes ☐ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

   Plaintiffs John B. Robinson

   Defendants Giles County Sheriffs Dept

2. In what court did you file the previous lawsuit? Middle District of Tennessee
(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? Don't know

4. What was the Judge's name to whom the case was assigned? Don't know

5. When did you file the previous lawsuit? 2004 (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? Settled

7. When was the previous lawsuit decided by the court? 2005 (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes        ☒ No

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently incarcerated? 200 Thomas Eatlin Dr. Pulaski TN 38478

B. Are the facts of your lawsuit related to your present confinement?

   ☒ Yes        ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.
   N/A

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

   ☐ Yes        ☒ No

If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes  ☐ No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? N/A

2. What was the response of prison authorities? N/A

G. If you checked the box marked "No" in question II.E above, explain why not. N/A

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☒ Yes  ☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☒ Yes  ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? Wrote to the Adminstrator, Wrote to her Supvisor

2. What was the response of the authorities who run the detention facility? I was told the courts gave me a lawyer.

L. If you checked the box marked "No" in question II.I above, explain why not. N/A

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: John B. Robinson

Prison Id. No. of the first plaintiff: _____

Address of the first plaintiff: 200 Thomas Gatlin Dr.
Pulaski, TN 38478

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

   Prison Id. No. of the second plaintiff: N/A

   Address of the second plaintiff: _____

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: ~~~~~~~ Lt. Barry Meadly

   Place of employment of the first defendant: 200 Thomas Gatlin Dr.
   Pulaski, TN 38478

   The first defendant's address: Giles County Sherrifs Dept.

   Named in official capacity?     ☒ Yes     ☐ No
   Named in individual capacity"   ☒ Yes     ☐ No

2. Name of the second defendant: Adm. Terressa Maddox

   Place of employment of the second defendant: Giles County Sherriff Dept.

   The second defendant's address: 200 Thomas Gatlin Dr.
   Pulaski, TN 38478

   Named in official capacity?     ☒ Yes     ☐ No
   Named in individual capacity"   ☒ Yes     ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

I was arrested on Dec 4 2010, For a crime I alleged to have committed

I've been trying to obtain legal material, In order to represent myself.

Giles county Jail Does not Have Adequate legal material, or up to Date Does not Have any procedure Books. Only Has Federal prison right Books, which consist of 3 out Dated books

I wrote grievances on three different occasions, we have to do it By computer, Which I asked for copies, The Adm. stated on the computer, That I could look at them through the computer

I wrote Another stating I needed the grievances for the courts The Administrator Did not respond

My last grievance was answered, by saying this issure is now closed

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Be ordered to purchase T.C.A criminal Rules of procedure
B. Rules of evidence, prisoner right Books, All Tennessee law Books
C. Federal Funds be Audited, An injunction for suspension of funds
D. until the Audit can be done. Anything Else the court may seem
E. Appropriate
F. I request a jury trial.   ☒ Yes    ☐ No

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _[signature]_ Date: 1-13-11

Prison Id. No. _____

Address: 200 Thomas Gatlin Dr Pulaski TN, 38478

(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS***, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER**. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.